1
2                    UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA
4                         SAN FRANCISCO DIVISION

5  | UNITED STATES OF AMERICA | **ORDER** |
6  | v. | |
7  | GARY ANDERSON, | No. CR 11-00795 CRB |
8  | Defendant. | |

9  | | |
10 | UNITED STATES OF AMERICA | |
11 | v. | No. CR 11-00796 CRB |
12 | PATRICK CAMPION, | |
13 | Defendant. | |

14 | | |
15 | UNITED STATES OF AMERICA | |
16 | v. | No. CR 11-00797 CRB |
17 | JAMES DOHERTY, | |
18 | Defendant. | |

19 | | |
20 | UNITED STATES OF AMERICA | |
21 | v. | No. CR 11-00798 CRB |
22 | KEITH GOODMAN, | |
23 | Defendant. | |

24 | UNITED STATES OF AMERICA | |
25 | v. | No. CR 11-00799 CRB |
26 | | |
27 | CRAIG LIPTON, | |
28 | Defendant. | |

ORDER TO
CONTINUE STATUS                                1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY KENT,<br>                    Defendant. | No. CR 11-00800 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAITH SALMA,<br>                    Defendant. | No. CR 11-00801 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRI PESSAH,<br>                    Defendant. | No. CR 11-00802 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br>                    Defendant. | No. CR 12-00300 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDIA FONG,<br>                    Defendant. | No. CR 12-00301 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN MONTALVO,<br>                    Defendant. | No. CR 12-00785 CRB |

ORDER TO
CONTINUE STATUS                                    2

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | | |
| 3 | v. | No. CR 13-00069 CRB |
| 4 | GILBERT CHUNG, | |
| 5 | Defendant. | |
| 6 | UNITED STATES OF AMERICA | |
| 7 | | |
| 8 | v. | No. CR 13-00246 CRB |
| 9 | MOHAMMED REZAIAN, | |
| 10 | Defendant. | |
| 11 | UNITED STATES OF AMERICA | |
| 12 | | |
| 13 | v. | No. CR 13-00388 CRB |
| 14 | ROBERT WILLIAMS, | |
| 15 | Defendant. | |
| 16 | UNITED STATES OF AMERICA | |
| 17 | | |
| 18 | v. | No. CR 13-00587 CRB |
| 19 | DANIEL ROSENBLEDT, | |
| 20 | Defendant. | |
| 21 | UNITED STATES OF AMERICA | |
| 22 | | |
| 23 | v. | No. CR 13-00670 CRB |
| 24 | KUO HSUAN "CHUCK" CHANG, | |
| 25 | Defendant. | |
| 26 | UNITED STATES OF AMERICA | |
| 27 | | |
| 28 | v. | No. CR 13-00804 CRB |
| | MICHAEL NAVONE, | |
| | Defendant. | |

ORDER TO CONTINUE STATUS                 3

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. CR 13-00805 CRB |
| FLORENCE FUNG, | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

DATED: November 8, 2016

_____
THE HONORABLE CHARLES R. BREYER
United States Senior District Judge

ORDER TO
CONTINUE STATUS                4